## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No:   04-69912 |
| CHARLES NICHOLAS SULLIVAN | |
| JENNIFER LYNN SULLIVAN | Judge:   C KATHRYN PRESTON |
| 11559 THORN TOWNSHIP RD | |
| PLEASANTVILLE, OH  43148 | |

SSN(S):    XXX-XX-9361
           XXX-XX-9247

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 24, 2010                 /s/ Frank M. Pees
                                          Frank M. Pees
                                          Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| AFNI/VERIZON  404 BROCK DR  BLOOMINGTON, IL  61701 | 8.93 |